# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff(s),        :        Case Number: 3:07-po-142

    - vs -

                                   Magistrate Judge Sharon L. Ovington

GREG DELONG,

                Defendant(s).      :

---

## ORDER OF DISMISSAL

---

       The Government's motion for dismissal filed on March 25, 2008  is hereby GRANTED.  The violations in the above case issued on February 4, 2007 are hereby dismissed with prejudice.

March 25, 2008                                    s/Sharon L. Ovington
                                          Sharon L. Ovington
                                    United States Magistrate Judge